1 McGREGOR W. SCOTT
  United States Attorney
2 MATTHEW STEGMAN
  Assistant United States Attorney
3 501 I Street, Suite 10-100
  Sacramento, California 95814
4 Telephone (916) 554-2793



FILED

JAN 3 0 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER DEVICE, TRAP AND TRACE DEVICE, DIALED NUMBER INTERCEPTOR, NUMBER SEARCH DEVICE, AND CALLER IDENTIFICATION SERVICE, AND THE DISCLOSURE OF BILLING, SUBSCRIBER, AND AIR TIME INFORMATION | SW-04-0324 DAD<br><br>MOTION TO UNSEAL AND [PROPOSED] ORDER |

The documents filed in the above-referenced case were ordered sealed by this Court until further order. Those documents related to an investigation that resulted in an indictment which was returned on December 15, 2005 in case number CR. S-05-542 GEB.

The United States hereby requests that the above-referenced

///
///
///
///
///
///
///

1

file be unsealed so that its contents may be revealed in discovery in Case No. CR. S-05-542 GEB.

Dated: January 27, 2006                    Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Motion To Unseal the documents filed in this case is GRANTED.

DATED: January 30, 2006

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
United States Magistrate Judge